In the Matter of FREMONT F. WILLIAMS, an Attorney, Respondent.— The respondent, Fremont F. Williams, is disbarred from the date of the entry and service of a certified copy of the order to that effect to be entered herein. And the said respondent, Fremont F. Williams, is hereby commanded hereafter to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another, and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: (1) To appear as an attorney or counselor at law before any court, judge, justice, board, commission or other public authority; (2) to give to another an opinion as to the law or its application, or any advice in relation thereto. All concur.

In the Matter of the Claim of ANTHONY DAPRINO, Respondent, against THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that the left leg became permanently weakened. All concur.

In the Matter of the Claim of DOMINICK BASTONE, Respondent, against COLUMBIA POULTRY COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Withdrawn.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK W. BASS and Another, Relators, v. M. FRANK LOUGHMAN and Others, Constituting the STATE TAX COMMISSION, Respondents.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: " Were the payments made under the seventh clause of the partnership agreement of George C. Lee & Company income to the Lee estate and, therefore, deductible from the partnership income in calculating the distributive shares of the surviving partners upon which they must pay income tax? " Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of MICHAEL J. CRONIN, Respondent, against AMERICAN RAILWAY EXPRESS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, unless within thirty days appellant perfects its appeal, in which case motion is denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLISLE R. CHERRY and Others, Relators, v. FRANK P. GRAVES, as Commissioner of Education, and UNION FREE SCHOOL DISTRICT No. 1 and Others, Respondents.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of WILLIAM DARLING, Appellant, against KENN-WELL CONSTRUCTION COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of EUGENE BUECK, Appellant, against R. J. POWELL, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.